IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 01–CR–452–N

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUIS LORENZO CORONA-NUÑEZ,
    a/k/a Pablito,
    a/k/a Pablo,
    a/k/a Mariano Medina-Avila,
ANTONIO ARIAS-HERRERA,
    a/k/a Tapia, and
CARLOS CAMACHO-MENDOZA,
    a/k/a Christian Zepeda,
    a/k/a Solovino,

    Defendants.

## ORDER

The motion to reduce sentence filed by Defendant Antonio Arias-Herrera on January 3, 2006 (#87) must be DENIED. Defendant seeks relief under *United States v. Booker*, 125 S. Ct. 238 (2005). This court cannot afford him relief because *Booker* has not been "made retroactive to cases on collateral review by the Supreme Court." *See* 28 U.S.C.A. s 2255 (2005).

SO ORDERED.

Dated this 4th day of January, 2006.

                                                BY THE COURT:

                                                s/ Edward W. Nottingham
                                                EDWARD W. NOTTINGHAM
                                                United States District Judge